# In the United States Court of Federal Claims

**BID PROTEST**

| | |
|---|---|
| **CSI AVIATION, INC.,** | |
| *Plaintiff,* | **25-1338C** |
| v. | |
| **THE UNITED STATES,** | |
| *Defendant.* | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff,

CSI Aviation, Inc. ("CSI"), hereby discloses as follows:

- CSI has no parent corporation

- No publicly held corporation owns 10% or more of CSI's stock


Respectfully submitted,

Dated: August 11, 2025


*s/ Jennifer S. Zucker*
Jennifer S. Zucker
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3114
Fax: (202) 331-3101
zuckerjs@gtlaw.com

*Counsel for CSI Aviation, Inc.*