**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| **CSI AVIATION, INC.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **Case No. 25-1338C** |
| v. | ) ) | |
| | ) | **Judge Matthew H. Solomson** |
| **UNITED STATES** | ) ) | |
| **Defendant,** | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**SALUS WORLDWIDE SOLUTIONS CORPORATION**

Pursuant to 7.1 of the Rules of the Court of Federal Claims, Salus Worldwide Solutions Corporation (Salus), by its undersigned counsel, states that Salus has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 13, 2025

                                                                                             Respectfully submitted,

                                                                                             **MILLER & CHEVALIER CHARTERED**

                                                                                             /s/ Scott Flesch
                                                                                             Scott Flesch
                                                                                             900 16th Street N.W.
                                                                                             Washington, DC 20006
                                                                                             Tel.: 202-626-1584
                                                                                             Fax.: 202-626-5801
                                                                                             Email: sflesch@milchev.com

                                                                                             *Counsel of Record for Salus Worldwide Solutions Corporation*

*Of counsel:*

Alex L. Sarria (asarria@milchev.com)
Connor W. Farrell (cfarrell@milchev.com)