# In the United States Court of Federal Claims

No. 25-1338C

(Filed: August 20, 2025)

|  |  |
|---|---|
| **CSI AVIATION INC.,** | ) )  ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **THE UNITED STATES,** | ) ) ) |
| *Defendant,* | ) ) ) |
| **SALUS WORLDWIDE SOLUTIONS CORPORATION,** | ) ) ) |
| *Defendant-Intervenor.* | ) ) ) |

## SCHEDULING ORDER

On August 11, 2025, Plaintiff, CSI Aviation, Inc., filed its complaint against Defendant, the United States, pursuant to 28 U.S.C. § 1491(b). ECF No. 1. On August 13, 2025, Defendant-Intervenor, Salus Worldwide Solutions Corporation ("Salus"), filed a motion to intervene. ECF No. 9. Plaintiff opposed the motion. *Id.* at 2.

On August 14, 2025, this Court held a telephonic preliminary status conference with the parties, and then-prospective intervenor, Salus, to: (1) hear from the parties — and Salus — regarding the pending motion to intervene; and (2) discuss a proposed briefing schedule. *See* Minute Order, August 13, 2025. Following the status conference, this Court granted Salus's motion to intervene. ECF No. 21.

The Court adopts the following, agreed-upon briefing schedule:

| **Event** | **Due Date** |
|---|---|
| **Defendant provides the administrative record** (*see* RCFC, Appendix C, § VII) | **September 4, 2025** |

| | |
|---|---|
| **Plaintiff files its motion for judgment on the administrative record ("MJAR")** | **September 25, 2025** |
| **Defendant and Defendant-Intervenor file their respective cross-MJARs and responses to Plaintiff's MJAR** | **October 17, 2025** |
| **Plaintiff files its combined reply in support of its MJAR and response to Defendant's and Defendant-Intervenor's cross-MJARs** | **November 7, 2025** |
| **Defendant and Defendant-Intervenor file replies** | **November 21, 2025** |
| **Defendant files the Joint Appendix** (*see* RCFC, Appendix C, § VII, ¶ 26) | **December 1, 2025** |

Two (2) physical courtesy copies of the joint appendix shall be delivered to this Court **on or before December 1, 2025**. Furthermore, those copies of the joint appendix shall be indexed and tabbed, and a complete table of contents of the joint appendix shall be included in each appendix volume. The parties shall further compile two (2) physical copies of all briefs in hardcopy volumes (*i.e.*, in binders), and tabbed according to their ECF numbers. These shall be delivered to this Court along with the joint appendix.

This Court intends to schedule oral argument on the parties' MJARs shortly after the conclusion of the briefing schedule.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Chief Judge
