IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| CSI AVIATION, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE UNITED STATES, )<br>)<br>    Defendant, )<br>)<br>and )<br>)<br>SALUS WORLDWIDE SOLUTIONS )<br>CORPORATION, )<br>)<br>    Defendant-Intervenor. ) | No. 25-1338C<br>(Chief Judge Solomson) |

**MOTION FOR A STAY OF BRIEFING**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

    The United States of America hereby moves for a stay of briefing in the above-captioned case.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Homeland Security (DHS). The Department does not know when such funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys and certain employees of DHS are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for plaintiff and counsel for intervenor have authorized counsel for the Government to state that plaintiff and intervenor have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Douglas K. Mickle
by Steven Michael Mager
DOUGLAS K. MICKLE
Acting Deputy Director

Charlene T. Storino
Assistant General Counsel
for Procurement Operations
General Law Division
Office of the General Counsel
Department of Homeland Security
Telephone: (202) 357-9936
Email: charlene.storino@hq.dhs.gov

s/ Reta E. Bezak
RETA E. BEZAK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

                                                                                       Telephone: (202) 305-5633  
                                                                                       Email: reta.e.bezak@usdoj.gov

October 6, 2025                                                                    *Attorneys for Defendant*