IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CSI AVIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-1338C |
| | ) | (Chief Judge Solomson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SALUS WORLDWIDE SOLUTIONS CORPORATION, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF APPROPRIATIONS AND MOTION TO MODIFY SCHEDULE**

Pursuant to this Court's October 6, 2025, order on the Government's motion to stay, the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of today, November 13, 2025.

In the motion to stay, the Government proposed that the briefing deadlines in this case be extended commensurate with the duration of the lapse in appropriations. ECF No. 27 at 2. Thus, the next deadline – the Government's and intervenor's responses to plaintiff's motion for judgment on the administrative record (MJAR) and cross-MJARs – would be December 1, 2025. The Government respectfully requests an eight-day extension of that deadline, with the following deadlines similarly extended such that the remaining briefing schedule would be as follows:

| | |
|---|---|
| December 9, 2025 | Defendant and Defendant-Intervenor file responses and cross-MJARs |

| | |
|---|---|
| December 30, 2025 | Plaintiff files its combined reply in support of its MJAR and response to Defendant's and Defendant-Intervenor's cross-MJARs |
| January 13, 2026 | Defendant and Defendant-Intervenor file replies |
| January 20, 2026 | Defendant files the Joint Appendix |

Counsel for plaintiff and for defendant-intervenor have indicated that both parties consent to the modified schedule.

    Good cause exists to grant the requested modification.  Undersigned counsel will be on personal leave for 2-3 business days starting on November 14, 2025, due to a family member's medical procedure.  In addition, the Government's brief will require coordination with and supervisory review by officials at the Department of Homeland Security and final supervisory review within the Department of Justice; the Thanksgiving holiday will delay such coordination and review.  The requested modification will permit the Government to complete the briefing process and obtain the necessary review.

    For these reasons, we respectfully request that the Court modify the schedule of briefing in this protest as described above.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
| Charlene T. Storino<br>Assistant General Counsel<br>for Procurement Operations<br>General Law Division<br>Office of the General Counsel<br>Department of Homeland Security<br>Telephone: (202) 357-9936<br>Email: charlene.storino@hq.dhs.gov | s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/ Reta E. Bezak<br>RETA E. BEZAK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-5633<br>Email: reta.e.bezak@usdoj.gov |
| November 13, 2025 | *Attorneys for Defendant* |