IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| CSI AVIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-1338C |
| | ) | (Chief Judge Solomson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SALUS WORLDWIDE SOLUTIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## JOINT MOTION TO MODIFY SCHEDULE

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), plaintiff, CSI Aviation, Inc., defendant, the United States, and defendant-intervenor, Salus Worldwide Solutions Corporation (collectively, the parties), respectfully request a three-day enlargement of time, to and including January 23, 2026, within which to submit to the Court copies of the Joint Appendix and the briefs in this case. Hard copies of the Joint Appendix and the briefs are currently due on January 20, 2026.

Good cause exists to grant the requested extension. The parties have been working collaboratively to identify the portions of the administrative record that should be included in the Joint Appendix. However, on January 15, 2026, counsel for the United States had oral argument in another bid protest before the Court (*Advantaged Solutions, Inc. v. United States*, No. 25-1806). In addition, during the week of January 12, 2026, counsel for CSI has been in the process of moving to a new firm and addressing the logistical challenges inherent in that process.

Finally, January 19, 2026, is a Federal holiday.  Additional time is therefore necessary to finalize the Joint Appendix citations and to prepare physical copies of the Joint Appendix and the briefs.

For these reasons, the parties respectfully request that the Court modify the briefing schedule in this case by extending the deadline for submitting the Joint Appendix and copies of the briefs by three days, to and including January 23, 2026.

Respectfully submitted,

s/ Jennifer Zucker
Jennifer Zucker
*Attorney of Record*
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639-6506
jzucker@velaw.com

Christopher O'Brien
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639-6565
cobrien@velaw.com

Cassidy Kim
Greenberg Traurig, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
(415) 590-5133
cassidy.kim@gtlaw.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Acting Deputy Director

s/ Reta E. Bezak
RETA E. BEZAK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington D.C.  20044
Telephone: (202) 305-5633
Email: Reta.E.Bezak@usdoj.gov

*Attorneys for Defendant*

s/ Scott N. Flesch
Scott N. Flesch
Alejandro L. Sarria
Connor W. Farrell
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006
Tel. (202) 626-5800
sflesch@milchev.com

*Counsel for Defendant-Intervenor Salus*
*Worldwide Solutions Corporation*

January 17, 2026