IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| CSI AVIATION, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE UNITED STATES, )<br>)<br>    Defendant, )<br>)<br>and )<br>)<br>SALUS WORLDWIDE SOLUTIONS )<br>CORPORATION, )<br>)<br>    Defendant-Intervenor. ) | No. 25-1338C<br>(Chief Judge Solomson) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated February 5, 2026 (ECF No. 48), the parties respectfully provide this status report concerning the Department of Homeland Security's (DHS) intentions relating to the option periods under the protested contract.

Consistent with the Court's order, the Department of Homeland Security (DHS) has considered whether it can provide a commitment to the Court and the parties that it will not exercise the option periods contemplated in the contract at issue in this case. DHS appreciates the opportunity to carefully consider the Court's order and the potential for resolution of the pending motions for judgment on the administrative record. However, DHS cannot commit to foregoing exercise of the option years on the contract. As the Court noted in its order, counsel for DHS indicated at oral argument on the pending motions that DHS intended to issue a presolicitation notice for a replacement contract. ECF No. 48 at 2. Although such a notice was issued on the day of the oral argument, DHS ultimately retracted the notice by the next day and

has not committed to further action with respect to a replacement contract. Defendant informed Plaintiff of this decision yesterday evening.

As a result, Defendant and Defendant-intervenor respectfully request that the Court issue a decision on the pending motions. Plaintiff individually asserts that, in light of DHS's refusal to commit to an open competition for the desired services currently covered by the non-competitive option years, Plaintiff is evaluating the situation and considering appropriate next steps.

Respectfully submitted,

| | |
|---|---|
| s/ Jennifer Zucker<br>Jennifer Zucker<br>*Attorney of Record*<br>Vinson & Elkins<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>(202) 639-6506<br>jzucker@velaw.com | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br><br>DOUGLAS K. MICKLE<br>Acting Deputy Director |
| Christopher O'Brien<br>Vinson & Elkins<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>(202) 639-6565<br>cobrien@velaw.com<br><br>*Attorneys for Plaintiffs* | s/ Reta E. Bezak<br>RETA E. BEZAK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Telephone: (202) 305-5633<br>Email: Reta.E.Bezak@usdoj.gov<br><br>*Attorneys for Defendant* |

3

                                                               s/ Scott N. Flesch
Scott N. Flesch
Alejandro L. Sarria
Connor W. Farrell
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006
Tel. (202) 626-5800
sflesch@milchev.com

*Counsel for Defendant-Intervenor Salus Worldwide Solutions Corporation*

February 19, 2026