Comprehensive Support for Removal Operations (CSRO) for DEPARTMENTAL OPERATIONS ACQUISITION DIVISION II at Washington, DC USA

Posted 2/5/26, 3:24 PM

SAM Link: (Broken Link/Removed by DHS)

https://sam.gov/opp/9efaa6f488004875ac9f9cd42f011247/view



Link to Original Source

**UPDATE ADDED ON 02/05/2026** | *Presolicitation*

> Attached Documents (0)

In accordance with Revolutionary Federal Acquisition Regulation Overhaul (RFO) Section 5.101, the Department of Homeland Security's (DHS) Office of Procurement Operations (OPO) is publicizing its intent of the below proposed contract action.

This pre-solicitation notice is for informational purposes only and is not a formal solicitation; therefore, no offers shall be submitted or considered at this time. DHS OPO estimates publicizing a formal solicitation resulting from this pre-solicitation notice in February/March 2026 and anticipates issuing an award resulting from the formal solicitation in April 2026.

This pre-solicitation notice is to notify interested parties of the government's intent to solicit and procure on a full and open competitive basis Comprehensive Support for Removal Operations (CSRO) to support the Department's mission as authorized by Executive Order 14159, **Protecting the American People Against Invasion**, Executive Order 14165, **Securing Our Borders**, and all other applicable laws, statutes, and authorities.

The Department requires a scalable and total solution to continue assisting the Department's domestic and international voluntary return operations of illegal aliens through dedicated aircraft and commercial ticketing operations, and other related services, at numerous domestic and international locations.

The Department anticipates that all responsible sources may submit a response to the formal solicitation for the Department's consideration.

Currently, no specific qualification requirements are required in order to be eligible for award.

View Full Summary ^

Link to Original Source

**UPDATE ADDED ON 02/05/2026** | *BGOV Outreach Update*

> Attached Documents (0)

BGOV has reached out to the contracting officer for more information about this opportunity.

View Full Summary ^

## Customer Information

**CONTRACTING OFFICER**

**CONTRACTING OFFICE**

**DEPARTMENTAL OPERATIONS ACQUISITION DIVISION II**
  └─ **Office of Procurement Operations**
      └─ **Management Directorate**
          └─ **Department of Homeland Security**