# Exhibit A

# United States Senate

WASHINGTON, DC 20510

March 24, 2026

VIA EMAIL

William A. Walters
Chief Executive Officer
Salus Worldwide Solutions Corp.
1616 Fort Myer Dr. Ste 1600
Arlington, VA 22209-3104

Dear Mr. Walters:

We write to request that Salus Worldwide Solutions Corporation ("Salus") preserve all records and communications related to Corey Lewandowski from January 1, 2024 to date and on an ongoing basis moving forward. This preservation hold applies to your personal records, corporate records, and all communications with Mr. Lewandowski, any person representing or purporting to be acting on behalf of Mr. Lewandowski, or any consulting firms associated with Mr. Lewandowski. This includes, but is not limited to: records and communications via email, whether official or personal; mobile devices; encrypted or disappearing messaging applications; social media; calendar entries; meeting notes; and voicemail and text messages. To the extent that you or Salus use any auto-delete functions, you should immediately suspend auto-delete functions and notify persons with control over potentially relevant records of their preservation obligations. You should also preserve all records of your or Salus's communications with the White House or White House personnel, including White House Border Czar Thomas Homan and Deputy Chief of Staff Stephen Miller, special government employees, and others appointed by the President or his advisors.

As you likely know, multiple Committees of jurisdiction and Members of Congress are investigating whether federal spending by the Department of Homeland Security was subject to improper influence, corruption, or other violations of federal law, under Congress's investigative and oversight authorities. New reporting states that a representative of Salus engaged in communications about financial payments for Mr. Lewandowski related to his support or assistance with Salus's federal contracting business.[1] Notably, a lawyer for Salus apparently vehemently denied these allegations and stated that any such communications would have resulted in a referral to law enforcement.

We look forward to your acknowledgement of compliance with this preservation request by April 3, 2026.

---

[1] Julia Ainsley, Matt Dixon, Jonathan Allen and Laura Strickler, *Some DHS contractors told White House officials they were asked to pay Corey Lewandowski*, NBC NEWS, Mar. 19, 2026, https://www.nbcnews.com/news/us-news/dhs-contractors-told-white-house-officials-asked-pay-corey-lewandowski-rcna263744.

Please contact the Office of Senator Schiff should you have any questions regarding the scope of this preservation request.

Sincerely,

Adam B. Schiff
United States Senator

Richard Blumenthal
United States Senator
Ranking Member, Permanent
Subcommittee on
Investigations

Peter Welch
United States Senator

# Exhibit B

RAND PAUL, KENTUCKY, CHAIRMAN

RON JOHNSON, WISCONSIN     GARY C. PETERS, MICHIGAN
JAMES LANKFORD, OKLAHOMA   MARGARET WOOD HASSAN, NEW HAMPSHIRE
RICK SCOTT, FLORIDA        RICHARD BLUMENTHAL, CONNECTICUT
JOSH HAWLEY, MISSOURI      JOHN FETTERMAN, PENNSYLVANIA
BERNIE MORENO, OHIO        ANDY KIM, NEW JERSEY
JONI ERNST, IOWA           RUBEN GALLEGO, ARIZONA
ASHLEY MOODY, FLORIDA      ELISSA SLOTKIN, MICHIGAN

**United States Senate**

COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

WASHINGTON, DC 20510–6250

March 30, 2026

Mr. William A. Walters III
Chief Executive Officer
Salus Worldwide Solutions
1616 Fort Myer Drive Suite 1600
Arlington, VA 22209

Dear Mr. Walters:

We write regarding allegations that Corey Lewandowski, who until recently served as a Special Government Employee (SGE) and chief advisor at the Department of Homeland Security (DHS), repeatedly solicited personal payments from government contractors, including Salus Worldwide Solutions (Salus), in exchange for favorable contract decisions.[1] If true, this conduct constitutes blatant corruption and a violation of federal bribery and procurement integrity laws and regulations.[2]

Recent reporting describes a troubling pattern of alleged pay-to-play conduct by Mr. Lewandowski, including detailed allegations involving Salus. According to the report, Salus allegedly invited a marketing firm to work on a $20 million DHS contract on the condition that the marketing firm hire Mr. Lewandowski as a consultant. "We need to make sure we are properly thanking the person who gave [the contract] to us," a Salus representative allegedly told the owner of the marketing firm.[3] Salus is also involved in another questionable no-bid DHS contract worth nearly $1 billion to administer the Trump administration's self-deportation efforts.[4] Salus won this contract despite incorporating in 2023 and never previously receiving a federal contract.[5] This raises further questions about whether contracts or other transactions may have been awarded on the basis of remuneration for Mr. Lewandowski.

---

[1] Julia Ainsley, Matt Dixon, et al., "Some DHS contractors told White House officials they were asked to pay Corey Lewandowski," *NBC News*, Mar. 19, 2026, https://www.nbcnews.com/news/us-news/dhs-contractors-told-white-house-officials-asked-pay-corey-lewandowski-rcna263744.

[2] *E.g.,* 18 U.S.C. § 201, 48 CFR § 3*;* 41 U.S.C. §§ 8701-8707; 18 U.S.C. § 208 (prohibiting special government employees from personally and substantially participating in any particular matter that would have a direct and predictable effect on the employee's financial interests).

[3] Ainsley, Dixon, et al., "Some DHS contractors told White House officials they were asked to pay Corey Lewandowski."

[4] Nick Schwellenbach and Dan Friedman, "Unraveling the Corporate Ties to DHS's "Big, Beautiful Jet"," *Project On Government Oversight*, Mar. 10, 2026, https://www.pogo.org/investigates/unraveling-the-corporate-ties-to-dhss-big-beautiful-jet.

[5] Isaac Arnsdorf, "DHS fast-tracked $1 billion contract to pro-Trump donor's company," *The Washington Post,* Dec. 17, 2025, https://www.washingtonpost.com/politics/2025/12/17/dhs-contract-trump-donor/.

These allegations are particularly troubling due to Mr. Lewandowski's designation as an SGE, a status that enables individuals to consult for the government on a temporary, unpaid basis while still on the payroll of private companies.[6] SGEs are subject to many of the same conflict of interest laws as all other federal employees.[7] To further prevent conflicts of interest among SGEs, Congress set a maximum period of service of 130 days per year—a restriction Mr. Lewandowski appears to have violated.[8] While then-Secretary Noem testified under oath before Congress on March 3, 2026, that Mr. Lewandowski had no role in approving DHS contracts, there are numerous reports indicating that this is not true.[9] For example, the *Wall Street Journal* reported that, at Mr. Lewandowski's urging, DHS moved away from long-term contracts in favor of new contracts, most of which were subject to then-Secretary Noem's $100,000 approval policy.[10] Furthermore, publicly available evidence suggests that, as part of this policy, he reviewed all DHS contracts worth more than $100,000 before then-Secretary Noem's final approval.[11] If true, Mr. Lewandowski was directly involved with contracts or other transactions to the very same companies from whom he may have directly or indirectly received financial compensation.

Federal law is unambiguous: it is illegal to give, offer, or promise anything of value to influence official acts by public officials.[12] In light of these serious allegations, we request that Salus preserve all records that are subject to pending or anticipated litigation or Congressional inquiries related to Salus contracting practices and the company's interactions with Mr. Lewandowski, and to provide the following documents and information by April 13, 2026:

1. All documents and communications, including, but not limited to, e-mail, text messages, and Signal communications or other encrypted messaging apps, between officers and executives of Salus, including, but not limited to, its affiliates and subsidiaries, and Mr. Lewandowski, since November 5, 2024;

2. All documents and communications, including, but not limited to, e-mail, text messages, and Signal communications or other encrypted messaging apps, between Salus and procurement, acquisition, contracting, or ethics officials at DHS or its components, regarding upcoming contracts, solicitations, contract extensions, other transactions, or other business opportunities, since January 21, 2025;

---

[6] 18 U.S.C. § 202(a); Sean Craig, "Corey Lewandowski Gets a Job In, of All Places, Kristi Noem's DHS," *Daily Beast*, Feb. 12, 2025, https://www.thedailybeast.com/corey-lewandowski-gets-a-job-in-of-all-places-kristi-noems-dhs/.

[7] U.S. Office of Government Ethics, A Summary of Ethical Requirements Applicable to SGEs, DO-00-003, Feb. 15, 2000, https://www.oge.gov/web/oge.nsf/News+Releases/5E9A1888068E7CDE852585BA005BED9D/$FILE/DO-00-003-2.pdf.

[8] Marc Caputo, Brittany Gibson, et al., "Lewandowski back for another year as DHS's part-time power broker," *Axios*, Jan. 23, 2026, https://www.axios.com/2026/01/23/corey-lewandowski-kristi-noem-homeland-security.

[9] Joshua Kaplan and Justin Elliott, "Kristi Noem Misled Congress About Top Aide's Role in DHS Contracts," *ProPublica,* Mar. 4, 2026, www.propublica.org/article/kristi-noem-dhs-misled-senate-judiciary-corey-lewandowski-contracts.

[10] Michelle Hackman, Josh Dawsey, et al., "A Pilot Fired Over Kristi Noem's Missing Blanket and the Constant Chaos Inside DHS," *Wall Street Journal*, Feb. 12, 2026, www.wsj.com/politics/policy/chaos-kristi-noem-homeland-security-f095ac95.

[11] Ainsley, Dixon, et al., "Some DHS contractors told White House officials they were asked to pay Corey Lewandowski."

[12] 18 U.S.C § 201

3. Documents that evidence any direct or indirect payment from Salus, including, but not limited to, its officers, executives, employees, affiliates, and subsidiaries, to Mr. Lewandowski, including, but not limited to, any entity of which Mr. Lewandowski is or has been a trustee, officer, beneficial owner, or employee, since November 5, 2024; and

4. Documents sufficient to show all invoices to Salus, including, but limited to, its officers, executives, employees, affiliates, and subsidiaries, from Mr. Lewandowski, including, but not limited to, entities of which Mr. Lewandowski is or was a trustee, officer, beneficial owner, or employee, since November 5, 2024.

It is essential that the public maintains full confidence in the integrity of federal spending, ensuring that all contracts are awarded through a competitive, merit-based process that upholds the highest ethical standards, rather than personal influence. We expect your full cooperation with this request.

Sincerely,

Ruben Gallego
United States Senator

Gary C. Peters
United States Senator
Ranking Member, Committee
on Homeland Security and
Governmental Affairs

Margaret Wood Hassan
United States Senator

Richard Blumenthal
United States Senator
Ranking Member, Permanent
Subcommittee on
Investigations

John Fetterman
United States Senator

Andy Kim
United States Senator

Elissa Slotkin
United States Senator

# Exhibit C

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED NINETEENTH CONGRESS

ROBERT GARCIA, CALIFORNIA
RANKING MEMBER

# Congress of the United States

## House of Representatives

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY   (202) 225–5074
MINORITY   (202) 225–5051

https://oversight.house.gov

April 2, 2026

William A. Walters III, M.D.
Chief Executive Officer
Salus Worldwide Solutions Corp.
1616 Fort Myer Drive, Suite 1600
Arlington, VA 22209

Dear Dr. Walters:

We are investigating potential corruption, self-dealing, and mismanagement at the Department of Homeland Security (DHS) under the leadership of then-Secretary Kristi Noem and Corey Lewandowski, her special advisor and shadow chief-of-staff.[1] Mr. Lewandowski may have used his position in the Trump Administration and close relationships to President Trump and Secretary Noem to enrich himself while serving as a special government employee (SGE) by shaking down contractors for kickbacks.[2] Recent reporting connects one of your companies, Salus Worldwide Solutions (Salus), to Mr. Lewandowski's alleged pay-to-play scheme, allegedly directing subcontractors to funnel taxpayer dollars to consultants affiliated with Mr. Lewandowski. Additionally, Salus and several related companies were awarded substantial contracts under questionable circumstances during Mr. Lewandowski's tenure.[3] We ask for your cooperation in our investigation.

---

[1] *See* Letter from Ranking Member Robert Garcia, Committee on Oversight and Government Reform, Ranking Member Rick Larsen, Committee on Transportation and Infrastructure, and Ranking Member Bennie G. Thompson, Committee on Homeland Security, to the Office of the Secretary, Department of Homeland Security (Mar. 18, 2026) (online at
https://oversightdemocrats.house.gov/imo/media/doc/joint_letter_to_dhs_os_re_noem_lewandowski.pdf); *see* Letter from Ranking Member Robert Garcia, Committee on Oversight and Government Reform, Ranking Member Rick Larsen, Committee on Transportation and Infrastructure, and Ranking Member Bennie G. Thompson, Committee on Homeland Security, to Inspector General Joseph V. Cuffari, Department of Homeland Security (Mar. 18, 2026) (online at
https://oversightdemocrats.house.gov/imo/media/doc/joint_letter_to_dhs_oig_re_noem_lewandowski.pdf); Letter from Ranking Member Robert Garcia, Committee on Oversight and Government Reform, to Dr. George Zoley, The GEO Group Inc. (Mar. 23, 2026) (online at https://oversightdemocrats.house.gov/imo/media/doc/2026-03-23garciatogeogrouprelewandowski.pdf).

[2] *Some DHS Contractors Told White House Officials They Were Asked to Pay Corey Lewandowski*, NBC News (Mar. 19, 2026) (online at www.nbcnews.com/news/us-news/dhs-contractors-told-white-house-officials-asked-pay-corey-lewandowski-rcna263744).

[3] *See* Project on Government Oversight, *Unraveling the Corporate Ties to DHS's "Big, Beautiful Jet"*, (Mar. 10, 2026) (online at www.pogo.org/investigates/unraveling-the-corporate-ties-to-dhss-big-beautiful-jet).

Dr. William A. Walters III
Page 2

Salus is a new company with no proven track record of delivering on large-scale federal contracts, and appears to have significant personal connections to the Administration.[4] In 2025, the Trump Administration awarded Salus a three-year indefinite delivery contract worth nearly $1 billion amid allegations that DHS ignored regulatory protections and fair competition requirements.[5] This was the first federal contract for Salus, which has only existed since June 2023. According to the *Washington Post*, an internal investigation by DHS lawyers found that more than 40 emails had been exchanged between Salus and DHS personnel before Salus submitted its bid, including nonpublic details related to the contract's budget and program specifications which stood to unfairly advantage Salus over other competitors. Following this investigation, DHS officials awarded this contract by changing the rules from a sole-source contract to a rushed and abbreviated competition with a preselected pool of applicants—including Salus—raising serious concerns about the legitimacy of the process and whether DHS put its thumb on the scale so Salus would win regardless.[6]

On March 19, 2026, *NBC News* reported on a series of interactions between Salus and an unnamed marketing firm regarding business with DHS.[7] Salus reportedly contacted the firm to gauge interest in pursuing a $20 million contract for a DHS component agency and discussed details of the contract in a September 2025 conference call with the firm. Salus then told the firm, "[w]e are guaranteed this contract, but we need to make sure we are properly thanking the person who gave it to us," and that it would need to hire one of several consulting firms tied to Mr. Lewandowski "to make sure we are properly thanking the person who gave [the contract] to us." When the marketing firm later refused to hire one of the Lewandowski-associated consultants, Salus reportedly responded by calling off the deal. The marketing firm's owner reportedly believed these asks to be unethical and possibly illegal.[8]

In a second incident, Salus reportedly reached out to the same firm about a DHS outreach campaign contract between $40 million and $50 million. This time, Salus reportedly clarified that the firm would get only $20 million and that Salus would direct the rest to a consulting

---

[4] *How a New Firm with DHS Ties Won a $915 Million Contract to Help Immigrants "Self-Deport"*, Mother Jones (Oct. 10, 2025) (online at www.motherjones.com/politics/2025/10/dhs-ice-self-deportation-contract-salus-worldwide-solutions-csi-aviation/).

[5] *DHS Rushed $915 Million Deportation Contract, Lawsuit Says*, Bloomberg Law (Aug. 14, 2025) (online at https://news.bloomberglaw.com/federal-contracting/dhs-rushed-salus-915-million-deportation-contract-suit-says); *How a New Firm with DHS Ties Won a $915 Million Contract to Help Immigrants "Self-Deport"*, Mother Jones (Oct. 10, 2025) (online at www.motherjones.com/politics/2025/10/dhs-ice-self-deportation-contract-salus-worldwide-solutions-csi-aviation/); Project on Government Oversight, *Massive DHS "Self-Deportation" Contract Challenged as Secretive and "Unlawful"* (Oct. 10, 2025) (online at www.pogo.org/investigates/massive-dhs-self-deportation-contract-challenged-as-secretive-and-unlawful).

[6] See *DHS Inks Contract to Create its Own Fleet of 737 Jets for Deportations*, Washington Post (Dec. 10, 2025) (online at www.washingtonpost.com/immigration/2025/12/10/dhs-deport-boeing-contract); *DHS Fast-Tracked $1 Billion Contract to Pro-Trump Donor's Company*, Washington Post (Dec. 17, 2025) (online at www.washingtonpost.com/politics/2025/12/17/dhs-contract-trump-donor).

[7] *Some DHS Contractors Told White House Officials They Were Asked to Pay Corey Lewandowski*, NBC News (Mar. 19, 2026) (online at www.nbcnews.com/news/us-news/dhs-contractors-told-white-house-officials-asked-pay-corey-lewandowski-rcna263744).

[8] *Id*.

Dr. William A. Walters III
Page 3

company tied to Mr. Lewandowski.[9] If these claims—"based on seven months of reporting, including interviews with nearly two dozen people who expressed concern about Lewandowski's role in the contracting process"[10]—are accurate, Mr. Lewandowski's pay-to-play corruption exemplifies the worst excesses of the Trump Administration and then-Secretary Noem's gross mismanagement of DHS.

This scandal adds to a pattern of questionable dealings between the Trump Administration and your companies, raising concerns that the President and his inner circle may be using taxpayer dollars and public trust to benefit wealthy donors. Former Secretary Noem and Mr. Lewandowski also awarded lucrative DHS contracts under opaque contracting conditions to other companies for which you are listed as an executive officer, or which share the same addresses as companies founded by you and your associates, including:

- Daedalus Aviation Corporation, which lists you as the chief executive officer, received a DHS contract valued at $140 million for six Boeing 737 airplanes;

- Soterex Financial Services LLC, which lists you as the owner of the corporation, appears to be handling payments to people who agree to voluntarily deport themselves as a subcontractor;

- Valkyrie Aviation Holdings Group, which lists as its address the same suite as Soterex Financial Services LLC, leased a luxury Boeing 737 airplane, seemingly for the sole use of Secretary Noem and Mr. Lewandowski; and

- Transnational Aviation Holdings, which has the same business address and suite number as Daedalus Aviation Corporation, owns business-class jets operated by DHS.[11]

As part of our ongoing investigation into corruption at DHS during Mr. Lewandowski's tenure, we request information regarding Salus Worldwide Solutions, related entities, and other companies and organizations linked to you and your associates.[12] We request the following documents no later than April 16, 2026:

---

[9] *Id*.

[10] *Id.*

[11] Project on Government Oversight, *Unraveling the Corporate Ties to DHS's "Big, Beautiful Jet"*, (Mar. 10, 2026) (online at www.pogo.org/investigates/unraveling-the-corporate-ties-to-dhss-big-beautiful-jet).

[12] *See* Project on Government Oversight, *Unraveling the Corporate Ties to DHS's "Big, Beautiful Jet"*, (Mar. 10, 2026) (online at www.pogo.org/investigates/unraveling-the-corporate-ties-to-dhss-big-beautiful-jet) which mentions a network of at least two dozen companies and organizations linked to Dr. Walters and his associates, including Atlas Management Services Holdings Corp.; Atlas Management Services, LLC; BDR Central, LLC; BDR Southeast, LLC; BDR Southwest, LLC; BDR Strategic Services Holdings, LLC; BDR Strategic Services, LLC; BML Logistics, LLC; Daedalus Aviation Corporation; Daedalus Aviation Holdings Corp; Kalyx Financial Services; Nirbhau Holdings Corp.; Nirbhau Management Corporation; Salus Development Fund; Soterex Financial Services, LLC; Soteria Aviation Services Corp.; Soteria Aviation Services Holdings Corp.; Soteria Healthcare Holdings Corp.; Soteria Healthcare Solutions Corp.; Soteria Risk Management, LLC; Soteria Solutions Corp.; Soteria Solutions Holdings Corp.; Soteria Solutions Nevada Corp.; Soteria Solutions, LLC; Soteria Transportation Logistics

Dr. William A. Walters III
Page 4

1.    All internal records and communications concerning Salus Worldwide Solutions's and any related entities' interactions with Mr. Lewandowski, DHS, the White House, and any other representative of the Trump Administration, Trump Organization, or Trump campaign regarding efforts to secure contracts or provide services to DHS;

2.    A list of all consulting firms, law firms, or other entities with whom Salus Worldwide Solutions and related entities have contracted, paid, or otherwise maintained a relationship with since its incorporation in June 2023;

3.    A list of all subcontractors engaged, contracted, or otherwise contacted in connection to any Salus Worldwide Solutions contracts with DHS;

4.    All communications concerning contracting between you, Salus Chief Financial Officer Taundria Cappel, or any other representatives of Salus Worldwide Solutions and Mr. Lewandowski and all persons purportedly affiliated with Mr. Lewandowski or DHS; and

5.    All communications concerning contracting between you, Taundria Cappel, or any other representatives of Salus Worldwide Solutions and potential subcontractors for DHS contracts.

Additionally, we request written responses to the following no later than April 16, 2026:

1.    Did Salus Worldwide Solutions, any subsidiary or related entity, or any representative of Salus Worldwide Solutions or its related entities receive a request for anything of value from Mr. Lewandowski or any person affiliated with Mr. Lewandowski in exchange for favorable treatment?

2.    Did Salus Worldwide Solutions, any subsidiary or related entity, or any representative of Salus Worldwide Solutions or its related entities offer anything of value to Mr. Lewandowski or any person affiliated with Mr. Lewandowski in exchange for favorable treatment?

3.    Did Salus Worldwide Solutions, any subsidiary or related entity, or any representative of Salus Worldwide Solutions or its related entities deliver anything of value to Mr. Lewandowski or any person affiliated with Mr. Lewandowski in exchange for favorable treatment, whether directly or indirectly?

4.    Did Salus Worldwide Solutions, any subsidiary or related entity, or any representative of Salus Worldwide Solutions or its related entities facilitate or offer to facilitate communications between Mr. Lewandowski or any person affiliated with Mr. Lewandowski and any persons or companies seeking or considering contracting with the Department of Homeland Security?

---

Corp.; Soteria Transportation Logistics Holdings Corp.; and WPMG.

Dr. William A. Walters III
Page 5

5.      Did Salus Worldwide Solutions, any subsidiary or related entity, or any representative of Salus Worldwide Solutions or its related entities receive any notification from a prospective subcontractor concerning communications from a purported representative of Salus about conditions on contract awards?

The Committee on Oversight and Government Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time," as well as legislative jurisdiction of federal procurement, under House Rule X. If you have any questions regarding this request, please contact Committee Democratic staff at (202) 225-5051.

Sincerely,

Robert Garcia
Ranking Member

cc:     The Honorable James Comer, Chairman

Ms. Taundria Cappel
Ms. Manmeet Thind
Mr. Joshua Bustos