# Exhibit A

## Flesch, Scott

| | |
|---|---|
| **From:** | David Panzer <dpanzer@fluet.law> |
| **Sent:** | Wednesday, March 25, 2026 10:01 AM |
| **To:** | Legislative_Correspondence@schiff.senate.gov |
| **Cc:** | Alistair_Reader@schiff.senate.gov; ManoLasya_Perepa@schiff.senate.gov; Ryan_Ferguson@judiciary-dem.senate.gov; David_Stoopler@judiciary-dem.senate.gov; Jennifer_Gaspar@hsgac.senate.gov |
| **Subject:** | FW: Letter to William Walters |
| **Attachments:** | 20260324 Letter to Salus Worldwide re Lewandowski.pdf |

All,

This firm is counsel to Salus Worldwide Solutions Corp. ("Salus").  I acknowledge receipt of the attached letter on behalf of Salus.  Please direct any further communications on this matter to me.

Respectfully,
David

**David Panzer**
*Partner + Government Contracts Chair*



1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
(c): 703-302-0039
dpanzer@fluet.law | fluet.law



NOTICE: This message (including any attachments) from Fluet may constitute an attorney-client communication and may contain information that is PRIVILEGED a WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received thi copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Correspondence, Legislative (Schiff) <Legislative_Correspondence@schiff.senate.gov>
**Sent:** Tuesday, March 24, 2026 5:33:47 PM
**To:** Taundria Cappel - SalusWorldwide <t.cappel@salusworldwide.com>; Manmeet Thind - SalusWorldwide <Thindmk@salusworldwide.com>
**Cc:** Reader, Alistair (Schiff) <Alistair_Reader@schiff.senate.gov>; Perepa, ManoLasya (Schiff) <ManoLasya_Perepa@schiff.senate.gov>; Ferguson, Ryan (Judiciary-Dem) <Ryan_Ferguson@judiciary-dem.senate.gov>; Stoopler, David (Judiciary-Dem) <David_Stoopler@judiciary-dem.senate.gov>; Gaspar, Jennifer (HSGAC) <Jennifer_Gaspar@hsgac.senate.gov>
**Subject:** Letter to William Walters

Good evening**,**

Please find a letter from Senators Schiff, Blumenthal, and Welch attached. Please confirm receipt.

Thank you,



NOTICE: This email message and all attachments transmitted with it may contain privileged and confidential information, and information intended solely for the use of the addressee for the specific purpose set forth in this communication. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited, and you should delete this message and all copies and backups thereof. The recipient may not further distribute or use any of the information contained herein without the express written authorization of the sender. If you have received this message in error, or if you have any questions regarding the use of the proprietary information contained therein, please contact the sender of this message immediately, and the sender will provide you with further instructions.

**NOTICE** This email message originated from outside of your organization. Please use caution when responding, opening attachments, and clicking links.