# In the United States Court of Federal Claims

**No. 25-1338 C**
**Filed: May 5, 2026**

```
************************************
CSI AVIATION, INC.,              *
        Plaintiff,               *
                                 *
    v.                           *         JUDGMENT
                                 *
 THE UNITED STATES,              *
        Defendant,               *
                                 *
    and                          *
                                 *
SALUS WORLDWIDE SOLUTIONS        *
CORPORATION,                     *
        Defendant-Intervenor.    *
************************************
```

Pursuant to the court's Opinion and Order, filed May 4, 2026,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff's complaint is dismissed.

Lisa L. Reyes
Clerk of Court

By:    s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.